IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ISIDRO ROBERTO CHAVEZ,

    Plaintiff,

v.                                                    No. CV 16-1189 CG

NANCY A. BERRYHILL,
Acting Commissioner of Social Security
Administration,

    Defendant.

## **FINAL JUDGMENT**

**THE COURT**, having issued a *Memorandum Opinion and Order*, (Doc. 22), enters this Judgment in compliance with Rule 58 of the Federal Rules of Civil Procedure. Plaintiff's *Motion to Reverse and Remand for a Rehearing With Supporting Memorandum*, (Doc. 17), shall be **GRANTED IN PART** and this case shall be **REMANDED** to the Commissioner for further proceedings.

**IT IS SO ORDERED.**

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE